# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CROSS CREEK, LLC, | Case No. _____ |
| Plaintiff, | Polk County Case No. LACL 151765 |
| v. | **DEFENDANTS' NOTICE OF REMOVAL** |
| MIDEA AMERICA CORP., MIDEA USA, INC., HAIER US APPLIANCE SOLUTIONS, INC., HAIER AMERICA TRADING, LLC, | |
| Defendants. | |

Defendants, Midea America Corp., Midea USA, Inc., Haier US Appliance Solutions, Inc., and Haier America Trading, LLC, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and Local Rule 81, hereby request removal of the instant action from the Iowa District Court in and for Polk County to the United States District Court for the Southern District of Iowa, and in support thereof states as follows:

1. On October 22, 2021, Plaintiff Cross Creek filed this action in the Iowa District Court for Polk County, Iowa. Plaintiff served Midea America on December 9, 2021, and Haier US Appliance on December 2, 2021; Plaintiff has not served Defendants Midea USA or Haier America Trading, LLC.

2. Based on the time of service, the time within which Defendants are allowed to file this Notice of Removal has not elapsed.

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is complete diversity of the parties and the amount in controversy for Plaintiff's property damage claim exceeds $75,000.00, exclusive of interest and costs.

4. First, there is complete diversity of the parties. Plaintiff is a limited liability company incorporated in and with its principal place of business in Iowa. Defendant Midea America is a Florida corporation with its principal place of business in New Jersey. Defendant Midea USA is a Texas corporation with its principal place of business in New Jersey. Defendant Haier USA is a Delaware corporation with its principal place of business in Kentucky. Defendant Haier America is a New York limited liability company. The sole member of Haier America is Haier American Holding Corporation, a Delaware corporation. Based on the state of incorporation and the locations of the principal places of business for Plaintiff and Defendants, there is complete diversity among the parties to this case.

5. Second, on information and belief and based on discussions with Plaintiff's counsel, the damages sought by Plaintiff in the underlying action exceed $75,000.00, exclusive of interest and costs.

6. The above-entitled Petition against these Defendants, filed in the Iowa District Court for Polk County, Iowa, and bearing case number LACL 151765, is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a)(1) and § 1332(c)(1) and is one which may be removed to this Court by the Defendants, pursuant to the provisions of 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1441, this Notice of Removal is being filed with this Court within 30 days after service on Defendant Midea America.

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff's counsel, in a notification of filing Notice of Removal in Federal Court that is simultaneously being filed in the Iowa District Court for Polk County.

9. This civil action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and (b), because the United States District Court for the Southern District of Iowa is the District embracing the place where this action is pending. 28 U.S.C. § 1441.

10. Pursuant to LR 81(a)(1), Defendants are attaching all pleadings from the Polk County matter.

11. Pursuant to LR 81(a)(2), Defendants state there is one pending motion in the Polk County matter, Plaintiff's Motion for Additional Time to Serve Defendants, filed on January 6, 2022. Defendants' filing of the Notice of Removal, however, moots Plaintiff's Motion for Additional Time because both Defendants that have not been served are parties to this Notice of Removal. Accordingly, there will not be any pending motions that need to be resolved by this Court.

12. Pursuant to LR 81(a)(3), the names and contact information of counsel that have appeared in the State Court action are included in the statement complying with LR 81(a) filed in conjunction with this Notice of Removal.

13. Defendants do not waive any defenses which may be available by filing this Notice of Removal.

14. As permitted by FRCP 81(c)(2)(C), Defendants will file their Answers within seven (7) days of filing this Notice of Removal.

**WHEREFORE**, the Defendants hereby remove the above-captioned matter from the Iowa District Court for Polk County, and request this Court take jurisdiction of this civil action and issue all necessary orders and process in order to remove the above-captioned case from the Iowa District Court in and for Polk County to the United States District Court for the Southern District of Iowa.

WHITFIELD & EDDY, P.L.C.
699 Walnut St., Suite 2000
Des Moines, IA  50309
Telephone:  (515) 288-6041
Fax:  (515) 246-1474
Email: reynolds@whitfieldlaw.com
          Kirschman@whitfieldlaw.com


By     */s/ Kevin Reynolds*

By     */s/ Richard J. Kirschman*
          Richard J. Kirschman


ATTORNEYS FOR DEFENDANTS, MIDEA
AMERICA CORP., MIDEA USA, INC., HAIER
US APPLIANCE SOLUTIONS, INC., HAIER
AMERICA TRADING, LLC

CERTIFICATE OF SERVICE

    I hereby certify that on January 7, 2022, I electronically filed the foregoing document with the Clerk of Court using the ECF system with a copy being sent via electronic notice to:

Jon A. Vasey
Joshua Strief
Elverson Vasey
700 – 2nd Avenue
Des Moines, IA 50309

                                                          */s/ Richard J. Kirschman*
                                                         Richard J. Kirschman